**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

Case No. 11-61313-CIV-GRAHAM/GOODMAN

ACCESS FOR THE DISABLED, INC.,
ROBERT COHEN, and PATRICIA
KENNEDY,

     Plaintiffs,

vs.

BAGEL MARKET, INC.,

     Defendant.

_____/



### <u>ORDER OF DISMISSAL</u>

    THIS CAUSE came before the Court upon Plaintiffs' Motion to Approve Settlement and to Dismiss with Prejudice [D.E. 10]. The Parties have now reached a settlement and request that this Court dismiss the case with prejudice. According, based on the foregoing, it is:

    **ORDERED AND ADJUDGED** that the Plaintiffs' Motion to Approve Settlement and to Dismiss with Prejudice [D.E. 10] is **GRANTED.** Plaintiffs' cause of action is **DISMISSED WITH PREJUDICE.** This case is now **CLOSED.** All pending motions not otherwise ruled upon are **DENIED AS MOOT.** It is further

    **ORDERED AND ADJUDGED** that the Court shall retain jurisdiction for sixty (60) days to enforce the terms of any settlement agreement.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 29th day of September, 2011.

s/Donald L. Graham
_____
DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

cc:  All Counsel of Record

2